**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, | NO. C 07-4695 BZ |
| Plaintiff, | **NOTICE OF SERVICE OF FIRST AMENDED COMPLAINT** |
| vs. | |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual. | |
| Defendants. | |

PLEASE TAKE NOTICE that on September 28, 2007, Plaintiff served her First Amended Complaint via First Class Mail on the following Defendants:

MBS Carrier, Inc.
3703 West Grant Line Road
Tracy, CA 95304

Mohinder Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

Sukhdev Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

---
NOTICE OF SERVICE OF FIRST AMENDED COMPLAINT / NO. C 07-4695 BZ

Barjinder Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

DATED this 1st day of October, 2007.

**RUSING & LOPEZ, P.L.L.C.**

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on October 1, 007, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following via First Class Mail:

MBS Carrier, Inc.
3703 West Grant Line Road
Tracy, CA 95304

Mohinder Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

Sukhdev Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

Barjinder Singh d/b/a MBS Trucking
3703 West Grant Line Road
Tracy, CA 95304

/S/ Therese Sadorf

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800