**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual.<br><br>Defendants. | NO. C 07-4695 BZ<br><br>**WAIVER OF SERVICE OF PROCESS** |

Tal Korn of Lewis Brisbois Bisgaard & Smith, LLP, having been retained as counsel for Defendants MBS Carrier, Inc.; Sukhdev Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking; and Jasmit Singh-Randhawa, in the above-entitled cause, does hereby waive issuance and accepts service of process on behalf of Jasmit Singh-Randhawa in this action, and acknowledges receipt of the Summons and a copy of the Complaint upon this date, as though the same had been served upon said Defendant by the Sheriff or other person duly appointed or authorized by law to serve process.

---

WAIVER OF SERVICE OF PROCESS / NO. C 07-4695 BZ

DATED this 4th day of October, 2007

*[signature: Tal Korn]*
Tal Korn
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following by electronic mail:

Tal Korn, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
One Sansome Street, Suite 1400
San Francisco, CA 94104
Attorneys for Defendants MBS Carrier, Inc.;
Sukhdev Singh, Barjinder Singh and
Mohinder Singh d/b/a MBS Trucking;
and Jasmit Singh-Randhawa
korn@lbbslaw.com


/S/ Therese Sadorf

RUSING & LOPEZ, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

G:\Active\130163.01\Pleadings\Accept Service.wpd