# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MARZULLO

E-filing

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MBS CARRIER; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA

C 07 4695

TO: (Name and address of defendant)

SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING

BZ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Hardy, Esq.
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, AZ 85718

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 1 2 2007

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE  9/26/07 |
| NAME OF SERVER (PRINT)  CYNTHIA GAY | TITLE  REG. PROCESS SERVER, SAN JOAQUIN COUNTY#263 |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:

BARJINDER SINGH dba MBS TRUCKING

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other *(specify):*
Left copies thereof at the defendant's usual place of business with a person of suitable age and discretion and apparently in charge: on behalf of SUKHDEV SINGH dba MBS TRUCKING with BARJINDER SINGH, Owner

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 37.50 | 37.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/28/07
                    Date

Signature of Server: *Cynthia Gay*

Address of Server:
O'BRIAN ENTERPRISES
15 W 8TH ST SUITE 'A'
TRACY CA 95376