# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MARZULLO    SUMMONS IN A CIVIL CASE

CASE NUMBER: C-07-4695BZ

V.

MBS CARRIER, INC.; SUKHEDV, BARJINDER
and MOHINDER SINGH d/b/a MBS TRUCKING;
JASMIT SINGH-RANDHAWA; TEJBIR PADDA

TO: (Name and address of defendant)

TEJBIR PADDA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Hardy, Esq.
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, AZ 85718

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

THELMA NUDO
(BY) DEPUTY CLERK

DATE OCT X 3 2007

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE 10/15/07 | |
| NAME OF SERVER (PRINT) MICHAEL T. BLISS | TITLE REG. PROCESS SERVER, ALAMEDA COUNTY #721 | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☒   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

I/F, 70Y, 5-6, 170#, GRY, GLASSES - JANE DOE, OCCUPANT

☐   Returned unexecuted:

☐   Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 65.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/16/07
               Date

*Signature of Server*   Michael C Bliss

Address of Server
O'BRIAN ENTERPRISES
15 W 8TH ST SUITE 'A'
TRACY CA  95376