1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
2 | Tal Korn, SB# 227719
One Sansome Street, Suite 1400
3 | San Francisco, CA 94104
Telephone: (415) 362-2580
4 | Facsimile: (415) 434-0882

5 | Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and
MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

6

7

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | JUDITH MARZULLO, an individual, | CASE NO. C07-4695 BZ

12 | Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT**

13 | v. | **DEMAND FOR JURY TRIAL**

14 | MBS CARRIER, INC., a California
Corporation; SUKHDEV SINGH, BARJINDER
15 | SINGH and MOHINDER SINGH, dba MBS
TRUCKING; and JASMIT SINGH-
16 | RANDHAWA, an individual, and TEJBIR
PADDA, an individual.
17

18 | Defendants.

19

20 | COME NOW Defendants, MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH

21 | and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

22 | ("Defendants") and in Answer to Plaintiff, JUDITH MARZULLO's ("Plaintiff") First Amended

23 | Complaint ("Complaint") on file in the above-entitled action, hereby allege as follows:

24 | **PARTIES**

25 | 1.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

26 | pled in paragraph 1 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

27

28

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4817-9458-7393.1

**ANSWER TO FIRST AMENDED COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1   2.      These answering Defendants admit that Sukhdev Singh, Barjinder Singh and Mohinder Singh

2   are citizens of the State of California.  These answering Defendants admit that MBS Trucking is based

3   in Tracy, California.  These answering Defendants lack sufficient knowledge to either admit or deny

4   the remainder of the allegations pled in paragraph 2 of Plaintiff's First Amended Complaint, and upon

5   that basis, deny said allegations.

6   3.      These answering Defendants admit that MBS Carrier, Inc. is a California corporation and is

7   based in Tracy, California.  These answering Defendants lack sufficient knowledge to either admit or

8   deny the remainder of the allegations pled in paragraph 3 of Plaintiff's First Amended Complaint, and

9   upon that basis, deny said allegations.

10  4.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

11  pled in paragraph 4 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

12  5.      These answering Defendants admit that Jasmit Singh-Randhawa is a citizen of the State of

13  California.   These answering Defendants lack sufficient knowledge to either admit or deny the

14  remainder of the allegations pled in paragraph 5 of Plaintiff's First Amended Complaint, and upon that

15  basis, deny said allegations.

16                                      **JURISDICTION**

17  6.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

18  pled in paragraph 6 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

19  7.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

20  pled in paragraph 7 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

21  8.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

22  pled in paragraph 8 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

23                               **INTRA-DISTRICT ASSIGNMENT**

24  9.      These answering Defendants lack sufficient knowledge to either admit or deny the allegations

25  pled in paragraph 9 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

26  ///

27  ///

28  ///

4817-9458-7393.1

**ANSWER TO FIRST AMENDED COMPLAINT**

**FACTUAL BACKGROUND**

1

2    10.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

3    pled in paragraph 10 of Plaintiff's First Amended Complaint, and upon that basis, deny said

4    allegations.

5    11.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

6    pled in paragraph 11 of Plaintiff's First Amended Complaint, and upon that basis, deny said

7    allegations.

8    12.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

9    pled in paragraph 12 of Plaintiff's First Amended Complaint, and upon that basis, deny said

10    allegations.

11    13.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

12    pled in paragraph 13 of Plaintiff's First Amended Complaint, and upon that basis, deny said

13    allegations.

14    14.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

15    pled in paragraph 14 of Plaintiff's First Amended Complaint, and upon that basis, deny said

16    allegations.

17    15.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

18    pled in paragraph 15 of Plaintiff's First Amended Complaint, and upon that basis, deny said

19    allegations.

20    16.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

21    pled in paragraph 16 of Plaintiff's First Amended Complaint, and upon that basis, deny said

22    allegations.

23    17.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

24    pled in paragraph 17 of Plaintiff's First Amended Complaint, and upon that basis, deny said

25    allegations.

26    18.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

27    pled in paragraph 18 of Plaintiff's First Amended Complaint, and upon that basis, deny said

28    allegations.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

19.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 19 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

20.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 20 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

21.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 21 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

22.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 22 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

## FIRST CAUSE OF ACTION

### (NEGLIGENCE)

23.    These answering Defendants incorporate by reference their responses to paragraphs 1 through 22 above, as though fully set forth herein.

24.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 23 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

25.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 24 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

26.    These answering Defendants deny the allegations set forth in paragraph 25 of Plaintiff's First Amended Complaint.

27.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations pled in paragraph 26 of Plaintiff's First Amended Complaint, and upon that basis, deny said allegations.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  28.   These answering Defendants deny the allegations set forth in paragraph 27 of Plaintiff's First

2  Amended Complaint.

3  29.   These answering Defendants deny the allegations set forth in paragraph 28 of Plaintiff's First

4  Amended Complaint.

5  30.   These answering Defendants deny the allegations set forth in paragraph 29 of Plaintiff's First

6  Amended Complaint.

7                              **SECOND CAUSE OF ACTION**

8          **PERMISSIVE USE OF VEHICLE (California Civil Code §17150)**

9  31.   These answering Defendants incorporate by reference their responses to paragraphs 1 through

10  30 above, as though fully set forth herein.

11  32.   These answering Defendants lack sufficient knowledge to either admit or deny the allegations

12  pled in paragraph 30 of Plaintiff's First Amended Complaint, and upon that basis, deny said

13  allegations.

14  33.   These answering Defendants deny the allegations set forth in paragraph 31 of Plaintiff's First

15  Amended Complaint.

16  34.   These answering Defendants lack sufficient knowledge to either admit or deny the allegations

17  pled in paragraph 32 of Plaintiff's First Amended Complaint, and upon that basis, deny said

18  allegations.

19  35.   These answering Defendants lack sufficient knowledge to either admit or deny the allegations

20  pled in paragraph 33 of Plaintiff's First Amended Complaint, and upon that basis, deny said

21  allegations.

22                              **THIRD CAUSE OF ACTION**

23          **NEGLIGENT ENTRUSTMENT OF MOTOR VEHICLE**

24  35.   These answering Defendants incorporate by reference their responses to paragraphs 1 through

25  34 above, as though fully set forth herein.

26  36.   These answering Defendants lack sufficient knowledge to either admit or deny the allegations

27  pled in paragraph 34 of Plaintiff's First Amended Complaint, and upon that basis, deny said

28  allegations.

4817-9458-7393.1                                          5
                              **ANSWER TO FIRST AMENDED COMPLAINT**

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    37.    These answering Defendants deny the allegations set forth in paragraph 35 of Plaintiff's First

2    Amended Complaint.

3    38.    These answering Defendants lack sufficient knowledge to either admit or deny the allegations

4    pled in paragraph 36 of Plaintiff's First Amended Complaint, and upon that basis, deny said

5    allegations.

6    39.    These answering Defendants deny the allegations set forth in paragraph 37 of Plaintiff's First

7    Amended Complaint.

8    40.    These answering Defendants deny the allegations set forth in paragraph 38 of Plaintiff's First

9    Amended Complaint.

10    41.    These answering Defendants deny the allegations set forth in paragraph 39 of Plaintiff's First

11    Amended Complaint.

### FIRST AFFIRMATIVE DEFENSE

### Failure to State a Cause of Action

14    42.    Plaintiff's First Amended Complaint and each and every cause of action therein fails to state

15    a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

### Statute of Limitations

18    43.    Plaintiff's First Amended Complaint is barred by the applicable statutes of limitations,

19    including but not limited to, the statute of limitations set forth in California Code of Civil Procedure

20    §§337, 338, 339, 340, and 343.

### THIRD AFFIRMATIVE DEFENSE

### Laches

23    44.    These answering Defendants allege that Plaintiff has delayed and waited an unreasonable

24    period of time in commencing this action, which has unduly prejudiced these answering Defendants.

### FOURTH AFFIRMATIVE DEFENSE

### Estoppel

27    45.    By virtue of her own conduct, Plaintiff is estopped from recovery from these answering

28    Defendants for the claims identified in Plaintiff's First Amended Complaint.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## FIFTH AFFIRMATIVE DEFENSE

### Waiver

46.     Plaintiff has waived any right to recover from these answering Defendants for the claims identified in her First Amended Complaint.

## SIXTH AFFIRMATIVE DEFENSE

### Unclean Hands

47.     Plaintiff's First Amended Complaint is, in whole or in part, barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### Failure to Mitigate

48.     Any and all damages sustained by Plaintiff, if any, are the direct and proximate cause of Plaintiff's failure to mitigate her damages.

## EIGHTH AFFIRMATIVE DEFENSE

### Ratification

49.     Plaintiff acknowledged, ratified, consented to and acquiesced in the alleged acts or omissions, if any, of these answering Defendants, thus barring Plaintiff's recovery.

## NINTH AFFIRMATIVE DEFENSE

### Comparative Negligence

50.     Plaintiff was partially, if not wholly, negligent or otherwise at fault on her own part, and pursuant to the doctrine of comparative negligence, she should be barred from recovery of that portion of the damages which are directly attributable to her proportionate share of the negligence or fault.

## TENTH AFFIRMATIVE DEFENSE

### Negligence of Others

51.     The damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which these answering Defendants are not liable or responsible.

///

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## ELEVENTH AFFIRMATIVE DEFENSE

### Failure to Join All Necessary Parties

52.    Plaintiff failed to join all persons and/or entities necessary for a full and just adjudication of the purported causes of action asserted in Plaintiff's First Amended Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

### Lack of Subject Matter Jurisdiction

53.    Plaintiff's First Amended Complaint fails for lack of subject matter jurisdiction.

## THIRTEENTH AFFIRMATIVE DEFENSE

### Personal Jurisdiction

54.    This Court lacks personal jurisdiction over these answering Defendants.

## THIRTEENTH AFFIRMATIVE DEFENSE

### Several Liability of Non-Economic Damages

55.    The provisions of the "Fair Responsibility Act of 1986" (commonly known as Proposition 51, Civil Code Sections 1430, 1431, 1431.1, 1431.2, 1431.3, 1431.4, 1431.5 and 1432) are applicable to this action to the extent that Plaintiff's injuries, if any, were legally caused or contributed to by the negligence or fault of persons or entities other than these answering Defendants. Based upon principles of comparative fault, the liability, if any, of these answering Defendants for non-economic damages shall be several only, and shall not be joint. These answering Defendants, if liable at all, shall be liable only for the amount of non-economic damages allocated to these answering Defendants in direct proportion to these Defendants' respective percentages of fault, and a separate and several judgment shall be rendered against these answering Defendants for non-economic damages, if any.

## FOURTEENTH AFFIRMATIVE DEFENSE

### Superceding Causes

56.    These answering Defendants allege that Plaintiff is barred from asserting any claims against these answering Defendants because her alleged damages were the result of one or more unforeseeable intervening and superceding causes.

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

**FIFTEENTH AFFIRMATIVE DEFENSE**

**Assumption of Risk**

57.     Plaintiff conducted herself in such a manner at the time and place referred to in the First Amended Complaint which implies that Plaintiff reasonably assumed the risk of harm or injury because Plaintiff had actual knowledge of the particular dangers involved in such conduct, knew and understood the degree of risk involved and thereafter, in spite of such knowledge, freely and voluntarily chose to and did expose herself to that particular known danger which resulted in the injuries of which Plaintiff now complains.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**Not a Substantial Factor**

58.     These answering Defendants allege that the First Amended Complaint and each cause of action therein is barred on the grounds that the products, conduct, materials or premises of Defendants as referred to in Plaintiff's First Amended Complaint, if any, were not a substantial factor in bringing about the injuries and damages complained of by Plaintiff, and did not increase the risk that Plaintiff would suffer the injuries and damages complained of.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**Waiver**

59.     These answering Defendants allege that Plaintiff has waived any and all claims which she seeks to assert in this action.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**Contribution and Indemnification**

60.     These answering Defendants allege that they are entitled to a right of indemnification by apportionment and to a right of contribution from any person or entity whose negligence proximately contributed to the happening of the alleged injuries of Plaintiff if Plaintiff should receive a verdict against these answering Defendants.

///

///

///

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

## NINETEENTH AFFIRMATIVE DEFENSE

### Compliance with Law

61.     At all times relevant herein, the conduct of these answering Defendants alleged in the First Amended Complaint conformed to all applicable statutes, governmental regulations and industry standards applicable thereto.

## TWENTIETH AFFIRMATIVE DEFENSE

### Avoidable Consequences

62.     These answering Defendants allege that each and every cause of action set forth in Plaintiff's First Amended Complaint is barred, and Plaintiff may not recover damages due to the failure of Plaintiff to take actions to avoid the injuries alleged and damages, if any, as set forth in the First Amended Complaint.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### Insufficient Information or Knowledge/Unknown Defenses

63.     These answering Defendants presently have insufficient knowledge or information with which to form a belief as to whether Defendants may have additional, and as of yet unstated, defenses available.  Defendants hereby reserve the right to assert additional defenses which become necessary based upon information acquired during the course of discovery.

///
///
///
///
///
///
///
///
///
///
///

1

**PRAYER**

2

**WHEREFORE,** these answering Defendants pray as follows:

3      1.    That Plaintiff take nothing by way of her Complaint or First Amended Complaint;

4      2.    That these answering Defendants be awarded attorneys' fees and costs of suit incurred

5  herein; and

6      3.    For such other further leave as the court deems just and proper.

7

8  DATED: October 22, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                                  By _____
                                         SHAWN A. TOLIVER
11                                       TAL KORN
                                         Attorneys for Defendants, MBS CARRIER, INC.,
12                                       BARJINDER SINGH, SUKHDEV SINGH and
                                         MOHINDER SINGH d/b/a MBS TRUCKING, and
13                                       JASMIT SINGH-RANDHAWA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4817-9458-7393.1

**ANSWER TO FIRST AMENDED COMPLAINT**