UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

No. C07-4695 BZ

Plaintiff(s),

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

v.

Defendant(s).

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 10/22/07

Signature

Counsel for Defendants
(Plaintiff, Defendant or indicate "pro se")

MBS Carrier, Inc.,
Baujinder Singh,
Sukhdev Singh,
Mohinder Singh dba
MBS Trucking
Jasmit Singh
Randhawa