**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Shawn A. Toliver, SB# 148349
Tal Korn, SB# 227719
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual.<br><br>Defendants. | CASE NO. C07-4695 BZ<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Local Rule 5 |

The parties in the above-referenced matter hereby stipulate that Defendants, MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and MOHINDER SINGH d/b/a MBS TRUCKING, shall have until October 22, 2007 to file a response to Plaintiff's First

///
///
///
///

4822-6218-8034.1

1  Amended Complaint.

2  DATED: October 22, 2007          RUSING & LOPEZ, P.L.L.C.

3

4                                   By _____
                                        TODD M. HARDY
5                                       Attorneys for Plaintiff
                                        JUDITH MARZULLO

6

7  DATED: October 22, 2007          LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9

10                                  By _____
                                        SHAWN A. TOLIVER
11                                      TAL KORN
                                        Attorneys for Defendants, MBS CARRIER, INC.,
                                        BARJINDER SINGH, SUKHDEV SINGH and
12                                      MOHINDER SINGH d/b/a MBS TRUCKING, and
                                        JASMIT SINGH-RANDHAWA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4822-6218-8034.1

2

**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**