1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   Shawn A. Toliver, SB# 148349
2  Tal Korn, SB# 227719
   One Sansome Street, Suite 1400
3  San Francisco, CA 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and
   MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, an individual, | CASE NO. C07-4695 BZ |
| Plaintiff, | DEFENDANTS' CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION |
| v. | |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual. | |
| Defendants. | |

I am citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is One Sansome Street, Suite 1400, San Francisco, CA 94104.

On October 22, 2007, I e-filed the following documents: **ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL; STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT; AND CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

4844-6144-5378.1

CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION

1   The documents were served by the following means and addressed to: Thardy@rusingandlopez.com

2   [X]   (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 23, 2007, at San Francisco, California.

TAL KORN

4844-6144-5378.1

CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION