**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

JUDITH MARZULLO, an individual,

    Plaintiff,

vs.

MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual.

    Defendants.

NO. C 07-4695 BZ

**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED, by and between the parties that have appeared hereto through their respective attorneys of record, that Plaintiff may file a Second Amended Complaint, a copy of which is attached hereto.

DATED this 2nd day of ~~October~~ November, 2007.

**RUSING & LOPEZ, P.L.L.C.**

_____
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

DATED this 2nd day of ~~October~~ November, 2007.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_____
Tal Korn (Cal. Bar No. 227719)
Attorneys for Defendants MBS Carrier, Inc., Sukhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking and Jasmit Singh-Randhawa