# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MARZULLO

**SECOND AMENDED COMPLAINT**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-4695BZ

V.

MBS CARRIER, INC., et al.

TO: (Name and address of defendant)

Karandeep S. Randhawa d/b/a Ekuam Trucking

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Hardy, Esq.
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, AZ 85718

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV X 9 2007

THELMA NUDO
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 11/28/07 |
|---|---|
| NAME OF SERVER (PRINT)<br>MICHAEL T. BLISS | TITLE<br>REG. PROCESS SERVER, ALAMEDA COUNTY #721 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

JUTI, SISTER-

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 65.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/30/07
                Date

_Michael L Bliss_
Signature of Server

Address of Server
O'BRIAN ENTERPRISES
15 W 8TH ST SUITE 'A'
TRACY CA 95376