UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

JUDITH MARZULLO, an individual,

        Plaintiff,

vs.

MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,

        Defendants.

NO. C 07-4695 BZ

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

Counsel report that they have met and conferred regarding ADR and that they:

☒ **have not yet reached an agreement to an ADR process**

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference: **January 28, 2008**

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *E-Mail Address* |
|---|---|---|---|
| Todd Hardy | Plaintiff | 520-529-4294 | thardy@rusingandlopez.com |
| Tal Korn | Defendants: MBS Carrier, Inc.; Sukhdev Singh; Barjinder Singh; Mohinder Singh; MBS Trucking; Jasmit Singh-Randhawa | 415-438-5913 | korn@lbbslaw.com |

\*\* Defendants Tejbir Padda, Kuldeep Singh and Karandeep S. Randhawa d/b/a Ekuam Trucking have not yet appeared in this matter and will not be represented at the ADR phone conference.

RUSING & LOPEZ, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

Dated: 1/7/2008

_____
Todd Hardy
Attorney for Plaintiff

Dated: Jan 4, 2008

_____
Tal Korn
Attorney for Defendants MBS Carrier, Inc.;
Sukhdev Singh, Barjinder Singh and
Mohinder Singh d/b/a MBS Trucking;
Jasmit Singh-Randhawa

RUSING & LOPEZ, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800