1 **RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
2 Tucson, Arizona 85718
Telephone: (520) 792-4800
3 Facsimile: (520) 529-4262

4 Todd M. Hardy
thardy@rusingandlopez.com
5 California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, | ) |
| Plaintiff, | ) NO. C 07-4695 BZ |
| vs. | ) **REQUEST TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING, | ) |
| Defendants. | ) |

**TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:**

Plaintiff's counsel, Todd M. Hardy, respectfully requests the Court's permission to appear telephonically at the Initial Case Management Conference to be held in this matter on January 28, 2008 at 4:00 p.m.  Good cause for the requested telephonic appearance exists as Plaintiff's counsel is based in Tucson, Arizona.  A daylong trip to San Francisco for the Case Management Conference would force Plaintiff's counsel to break other pressing commitments in Arizona. Plaintiff submits that undersigned counsel can effectively participate in the Case Management

_____
REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE/ NO. C 07-4695 BZ

Conference by telephone and that no party will suffer prejudice or inconvenience as a result of such telephonic appearance. Mr. Hardy will be available by telephone at (520) 792-4800.

DATED this 17th day of January, 2008.

**RUSING & LOPEZ, P.L.L.C.**


/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On January 17, 2008, I e-filed the following documents:

- **Request to Appear Telephonically at Initial Case Management Conference**.

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
1420 Ivyglen Drive
San Ramon, CA 94582

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
1617 Blush Street
Manteca, CA 95336

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on January 17, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800