**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MBS CARRIER, INC., a California ) <br> Corporation; SUKHDEV SINGH, ) <br> BARJINDER SINGH and MOHINDER ) <br> SINGH d/b/a MBS TRUCKING; ) <br> JASMIT SINGH-RANDHAWA, an ) <br> individual; TEJBIR PADDA, an individual; ) <br> KULDEEP SINGH, an individual; and ) <br> KARANDEEP S. RANDHAWA d/b/a ) <br> EKUAM TRUCKING, ) <br> ) <br> Defendants. ) | NO. C 07-4695 BZ <br><br> **ORDER TO APPEAR TELEPHONICALLY AT INITIAL CASE MANAGEMENT CONFERENCE** |

HAVING CONSIDERED Plaintiff's Request to Appear Telephonically at Initial Case Management Conference and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's counsel shall appear telephonically at the Initial Case Management Conference on January 28, 2008, at 4:00 p.m. Plaintiff's counsel shall dial into the conference at the following telephone number: __415-522-4093____.



IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman

_____
ORDER TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE/ NO. C 07-4695 BZ