**LEWIS BRISBOIS BISGAARD & SMITH** LLP
Christopher Nevis, SB# 162812
Tal Korn, SB# 227719
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, an individual, | CASE NO. C07-4695 BZ |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | **Local Rule 3-16** |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual. | |
| Defendants. | |

Defendants, MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH, MOHINDER SINGH d/b/a/ MBS TRUCKING and JASMIT SINGH RANDHAWA hereby certify that no interested entities or parties are known, other than the parties to this action.

DATED: January 1️⃣, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
CHRISTOPHER NEVIS
TAL KORN
Attorneys for Defendants, MBS CARRIER, INC.,
BARJINDER SINGH, SUKHDEV SINGH, and
MOHINDER SINGH d/b/a MBS TRUCKING, and
JASMIT SINGH-RANDHAWA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580