**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JUDITH MARZULLO, an individual,

Plaintiff,

vs.

MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,

Defendants.

NO. C 07-4695 BZ

**JOINT RULE 26(f) REPORT**

Plaintiff and Defendants MBS Carrier, Inc., Sukhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking and Jasmit Singh-Randhawa, their respective counsel having met and conferred and pursuant to Rule 26(f), Fed.R.Civ.P., hereby jointly submit their joint proposed discovery plan for the Court's consideration.

Defendants Tejbir Padda, Kuldeep Singh and Karandeep S. Randhawa d/b/a Ekuam Trucking do not join in this Report as they have yet to enter appearances in this matter.

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

**1.      Timing, form, or requirement for disclosures under Rule 26(a):**

No changes should be made in the timing, form, or requirement for disclosures under Rule 26(a). Pursuant to this Court's Order of September 12, 2007, initial disclosures under Rule 26(a)(1) have been made or will be made no later than January 22, 2008.

**2.      Subjects on which discovery may be needed, phasing, focus, and anticipated discovery completion:**

Plaintiff:  The scope of discovery depends upon the issues in dispute.

Plaintiff has requested that Defendant Jasmit Singh-Randhawa admit liability, so that discovery can be limited to the extent and severity of Plaintiff's injuries. In such case, discovery could reasonably be completed by July 1, 2008. To date, however, Mr. Singh-Randhawa has not admitted liability.

If Mr. Singh-Randhawa continues to deny liability, the scope of discovery will necessarily broaden to the facts and circumstances of the crash, and will likely include expert opinions and depositions concerning the cause of the crash.

Defendants:  Issues of liability and damages remain in dispute. Investigation and discovery are necessary to resolve issues concerning Jasmit Singh Randhawa's employment status at the time of the incident, the ownership of the vehicle involved, the nature and extent of plaintiff's alleged damages, as well as the factual and circumstances of the subject accident. Resolving these issues will entail written discovery, party depositions, percipient witness depositions, treating physician depositions and retention of expert witnesses. The parties submit that discovery, including expert discovery, can be completed by September 1, 2008.

**3.      Electronic information:**

The parties agree that, if applicable, hard copies of electronically stored information shall be exchanged through disclosure and discovery.

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

**4. Privileged and protected documents:**

The parties agree to provide privilege logs to document asserted claims of privilege and/or work product. Should a dispute arise as to a party's claim of privilege and/or work product, the parties will brief the Court,

**5. Discovery limitations:**

The parties generally agree to adhere to the disclosure and discovery limitations imposed by the Federal Rules of Civil Procedure. Should a disclosure or discovery dispute arise, the parties will brief the Court.

**6. Orders under Rule 26(c) or Rules 16(b) and 16(c):**

At this time, there are no motions pending pursuant to Rule 26(c). The parties generally agree to adhere to the procedures/requirements imposed by the Federal Rules of Civil Procedure relative to protective orders. The parties' Joint Case Management Statement is submitted simultaneously herewith and the need for any additional orders under Rules 16(b) and 16(c) is not anticipated.

DATED this 22nd day of January, 2008

**RUSING & LOPEZ, P.L.L.C.**

Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

DATED this 22 day of January, 2008

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

Tal Korn (Cal. Bar No. 227719
Attorneys for Defendants MBS Carrier, Inc., Sukhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking and Jasmit Singh-Randhawa

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800