**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, ) | NO. C 07-4695 BZ |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT** |
| MBS CARRIER, INC., a California ) Corporation; SUKHDEV SINGH, ) BARJINDER SINGH and MOHINDER ) SINGH d/b/a MBS TRUCKING; ) JASMIT SINGH-RANDHAWA, an ) individual; TEJBIR PADDA, an individual; ) KULDEEP SINGH, an individual; and ) KARANDEEP S. RANDHAWA d/b/a ) EKUAM TRUCKING, ) | |
| Defendants. ) | |

Plaintiff, by and through counsel undersigned, pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby gives notice that on January 22, 2008, she served her Initial Disclosure on counsel for Defendants MBS Carrier, Inc., Sukhedv Singh, Barjinder Singh and on Defendants Mohinder Singh d/b/a MBS Trucking and Jasmit Singh-Randhawa; and Defendants Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking and Kuldeep Singh by First Class Mail.

/ / / /

/ / / /

1    DATED this 22nd day of January, 2008.

2                                          **RUSING & LOPEZ, P.L.L.C.**

3

4                                          /S/ Todd M. Hardy
                                           Todd M. Hardy (Cal. Bar. No. 223581)
5                                          Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURE STATEMENT / NO. C 07-4695 BZ

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On January 22, 2008, I e-filed the following documents:

- **Notice of Service of Plaintiff's Initial Disclosure Statement.**

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X]    (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X]    (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
1420 Ivyglen Drive
San Ramon, CA 94582

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
1617 Blush Street
Manteca, CA 95336

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on January 22, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

3