UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Judith Marzullo

            Plaintiff(s),

    v.

MBS Carrier, et al.

            Defendant(s).
_____/

Case No. C-07-4695BZ

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 01/10/08

_____
[Party]

Dated: _____

_____
[Counsel]

**PROOF OF SERVICE**
<u>Marzullo v. MBS Carrier, et al.</u>
U.S. District Court - Northern District of California Court Case No. C07-4695 BZ

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On January 22, 008, I served the following document(s): **ADR CERTIFICATION BY PARTIES AND COUNSEL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Todd McCabe Hardy<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Road, Suite 200<br>Tucson, AZ 85718 | Attorneys for plaintiff<br>Telephone:    520-792-4800<br>Facsimile:     520-5294262<br>E-Mail: thardy@rusingandlopez.com |
|---|---|

The documents were served by the following means:

[X]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[X]  (BY E-MAIL or ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by e-mail or electronic transmissions, I caused the documents to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]  Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]  Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 22, 2008, at San Francisco, California.

_____
Gloria V. Joyce

4848-5015-7058.1

PROOF OF SERVICE