1   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Christopher Nevis, SB# 162812
2   Tal Korn, SB# 227719
    One Sansome Street, Suite 1400
3   San Francisco, CA 94104
    Telephone: (415) 362-2580
4   Facsimile: (415) 434-0882

5   Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and
    MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA
6

7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9   JUDITH MARZULLO, an individual,              CASE NO. C07-4695 BZ

10              Plaintiff,                        **NOTICE OF SERVICE OF
                                                  DEFENDANTS' INITIAL DISCLOSURE
11  v.                                           STATEMENT**

12  MBS CARRIER, INC., a California
    Corporation; SUKHDEV SINGH, BARJINDER
13  SINGH and MOHINDER SINGH, dba MBS
    TRUCKING; and JASMIT SINGH-
14  RANDHAWA, an individual, and TEJBIR
    PADDA, an individual; KULDEEP SINGH, an
15  individual; and KARANDEEP S.
    RANDHAWA d/b/a EKUAM TRUCKING,
16
17              Defendants.

18          Defendants, MBS CARRIER, INC., a California Corporation, SUKHDEV SINGH,

19  BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-

20  RANDHAWA, by and through counsel undersigned, pursuant to Rule 26 (a)(1), Federal Rules of

21  Civil Procedure, hereby gives notice that on January 22, 2008, they served their Initial Disclosure

22  on counsel for Plaintiff Judith Marzullo by First Class Mail.

23  DATED: January 22, 2008

24                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

25
                                        /S/ Tal Korn
26                                      _____
                                        TAL KORN
27                                      Attorneys for Defendants, MBS CARRIER, INC.,
                                        BARJINDER SINGH, SUKHDEV SINGH, and
                                        MOHINDER SINGH d/b/a MBS TRUCKING, and
28                                      JASMIT SINGH-RANDHAWA

4849-0009-5490.1

NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT

*(left margin)* LEWIS BRISBOIS BISGAARD & SMITH LLP  ONE SANSOME STREET, SUITE 1400  SAN FRANCISCO, CALIFORNIA 94104  TELEPHONE (415) 362-2580

1

**PROOF OF SERVICE**
Marzullo v. MBS Carrier, et al.

2        U.S. District Court - Northern District of California Court Case No. C07-4695 BZ

3    STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

4        At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

5

6        On January 22, 008, I served the following document(s): **NOTICE OF SERVICE OF DEFENDANTS' INITIAL DISCLOSURE STATEMENT**

7        I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

8

9
| **Todd McCabe Hardy**<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Road, Suite 200<br>Tucson, AZ 85718 | Attorneys for plaintiff<br>Telephone:      520-792-4800<br>Facsimile:      520-5294262<br>E-Mail: thardy@rusingandlopez.com |
|---|---|

10

11

12        The documents were served by the following means:

13    [X]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

14

15    [X]    (BY E-MAIL or ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by e-mail or electronic transmissions, I caused the documents to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

16

17        [ ]    Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

18

19        [X]    Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

20

21        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

22

23        Executed on January 22, 2008, at San Francisco, California.

24

25

26                                        Gloria V. Joyce

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4848-5015-7058.1