**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,   )<br>                                                            )<br>                    Plaintiff,          )<br>                                                            )<br>vs.                                                     )<br>                                                            )<br>MBS CARRIER, INC., a California    )<br>Corporation; SUKHDEV SINGH,       )<br>BARJINDER SINGH and MOHINDER )<br>SINGH d/b/a MBS TRUCKING;          )<br>JASMIT SINGH-RANDHAWA, an      )<br>individual; TEJBIR PADDA, an individual; )<br>KULDEEP SINGH, an individual; and  )<br>KARANDEEP S. RANDHAWA d/b/a  )<br>EKUAM TRUCKING,                            )<br>                                                            )<br>                    Defendants.        ) | NO. C 07-4695 BZ<br><br>**CERTIFICATE OF SERVICE BY E-MAIL TRANSMISSION AND U.S. MAIL** |

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On January 22, 2008, I e-filed the following documents:

• **Joint Case Management Statement; and**

• **Joint Rule 26(f) Report.**

_____
CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION AND U.S. MAIL / NO. C 07-4695 BZ

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

>Tejbir Padda
>1420 Ivyglen Drive
>San Ramon, CA 94582
>
>Karandeep S. Randhawa
>d/b/a Ekuam Trucking
>5497 Bellevue Circle
>Dublin, CA 94568
>
>Kuldeep Singh
>1617 Blush Street
>Manteca, CA 95336

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on January 23, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

2

G:\Active\130163.01\Pleadings\Certificate of Service 1-22-07 ADR.wpd