**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **01/28/2008**

**C07-4695 BZ**

**Judith Marzullo v. MBS Carrier Inc., et al.**

Attorneys: Todd M. Hardy (telephonic)    Tal Korn

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Not Reported. Counsel requested that matter occur off the record.**

**PROCEEDINGS:**                                              **RULING:**

1. Initial Case Management Conference                          Matter Continued
2. _____

( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

**ORDERED AFTER HEARING:**
Further Case Management Conference set for 4/7/2008 at 4:00 p.m. Supplement Joint Case Management Conference statement due on week prior to the conference. The Court has reserved 2/2/2009 at 8:30 a.m. for the Jury Trial. Discovery is now open.

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court _____

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____   Trial Date _____   Set for _____ days
                         Type of Trial:  ( )Jury    ( )Court
Notes: _____