**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,<br><br>Defendants. | NO. C 07-4695 BZ<br><br>**DECLARATION OF TODD M. HARDY IN SUPPORT OF CLERK-ENTRY DEFAULT AGAINST DEFENDANT KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING** |

I, Todd M. Hardy, declare as follows:

1. I am attorney for Plaintiff Judith Marzullo in this matter.

2. Defendant Karandeep S. Randhawa d/b/a Ekuam Trucking ("Defendant") was served with a Summons and Complaint in this matter on November 28, 2007, as evidenced by the Proof of Service of Summons on file with this Court.

3. Defendant has not appeared in this action and has not responded to the Complaint within the time permitted by law.

---
DECLARATION OF TODD M. HARDY IN SUPPORT OF CLERK-ENTRY DEFAULT / NO. C 07-4695 BZ

4. Defendant is not an infant, incompetent person, or a person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

5. Request for Entry of Default is made concurrently herewith.

The above stated facts are true and correct and are declared under penalty of perjury under the laws of the State of California.

DATED this 13th day of February, 2008.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On February 13, 2008, I e-filed the following document:

- **Declaration of Todd M. Hardy in Support of Clerk-Entry Default Against Defendant Karandeep S. Randhawa d/b/a Ekuam Trucking**

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X]  (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X]  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
1420 Ivyglen Drive
San Ramon, CA 94582

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
20919 109th Pl. SE, Apt. 2123
Kent, WA 98103

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on February 13, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff