1  **RUSING & LOPEZ, P.L.L.C.**
   6262 North Swan Road, Suite 200
2  Tucson, Arizona 85718
   Telephone: (520) 792-4800
3  Facsimile: (520) 529-4262

4  Todd M. Hardy
   thardy@rusingandlopez.com
5  California State Bar No. 223581
   Attorneys for Plaintiff Judith Marzullo

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, ) | |
| ) | NO. C 07-4695 BZ |
| Plaintiff, ) | |
| ) | **REQUEST TO ENTER DEFAULT OF** |
| vs. ) | **DEFENDANT TEJBIR PADDA** |
| ) | |
| MBS CARRIER, INC., a California ) | |
| Corporation; SUKHDEV SINGH, ) | |
| BARJINDER SINGH and MOHINDER ) | |
| SINGH d/b/a MBS TRUCKING; ) | |
| JASMIT SINGH-RANDHAWA, an ) | |
| individual; TEJBIR PADDA, an individual; ) | |
| KULDEEP SINGH, an individual; and ) | |
| KARANDEEP S. RANDHAWA d/b/a ) | |
| EKUAM TRUCKING, ) | |
| ) | |
| Defendants. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Judith Marzullo hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Tejbir Padda ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant on October 15, 2007, evidenced by the Proof of Service of Summons on file with this Court. Defendant did

_____
REQUEST TO ENTER DEFAULT/ NO. C 07-4695 BZ

not appear or answer the Complaint within the time period prescribed by Rule 12 of the Federal Rules of Civil Procedure, or at any time thereafter. Accordingly, entry of default is proper

The above-stated facts are set forth in the accompanying Declaration of Todd M. Hardy filed herewith.

DATED this 13th day of February, 2008.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On February 13, 2008, I e-filed the following document:

- **Request to Enter Default of Defendant Tejbir Padda**

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X]  (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X]  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
1420 Ivyglen Drive
San Ramon, CA 94582

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
20919 109th Pl. SE, Apt. 2123
Kent, WA 98103

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on February 13, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff