1

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
2  Tucson, Arizona 85718
Telephone: (520) 792-4800
3  Facsimile: (520) 529-4262

4  Todd M. Hardy
thardy@rusingandlopez.com
5  California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo
6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11

12  JUDITH MARZULLO, an individual,      )
                                         )   NO. C 07-4695 BZ
13                          Plaintiff,   )
                                         )   **AMENDED REQUEST TO ENTER**
14  vs.                                  )   **DEFAULT OF DEFENDANT**
                                         )   **KARANDEEP S. RANDHAWA d/b/a**
15  MBS CARRIER, INC., a California      )   **EKUAM TRUCKING**
    Corporation; SUKHDEV SINGH,          )
16  BARJINDER SINGH and MOHINDER         )
    SINGH d/b/a MBS TRUCKING;            )
17  JASMIT SINGH-RANDHAWA, an            )
    individual; TEJBIR PADDA, an individual; )
18  KULDEEP SINGH, an individual; and    )
    KARANDEEP S. RANDHAWA d/b/a          )
19  EKUAM TRUCKING,                      )
                                         )
20                          Defendants.  )
    _____     )

21  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22          Plaintiff Judith Marzullo hereby requests that the Clerk of the above-entitled Court enter

23  default in this matter against Defendant Karandeep S. Randhawa d/b/a Ekuam Trucking

24  ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to

25  the Second Amended Complaint, which was the first pleading naming him as a party, within the

26  time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Summons and

27  Second Amended Complaint on Defendant on November 28, 2007, evidenced by the Proof of
28

1  Service of Summons attached hereto as Exhibit A.  Defendant did not appear or answer the

2  Second Amended Complaint within the time period prescribed by Rule 12 of the Federal Rules

3  of Civil Procedure, or at any time thereafter.  Accordingly, entry of default is proper

4       The above-stated facts are set forth in the accompanying Declaration of Todd M. Hardy

5  filed herewith.

6      DATED this 20th day of February, 2008.

7

8                             /S/ Todd M. Hardy

                           Todd M. Hardy (Cal. Bar. No. 223581)

9                             Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

1    I am a citizen of the United States and am a member of the Bar of the United States

2    District Court for the Northern District of California. I am over the age of eighteen years and

3    not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ

4    85718.

5    On February 20, 2008, I e-filed the following document:

6    •    **Amended Request to Enter Default of Defendant Karandeep S. Randhawa**

7    **d/b/a Ekuam Trucking**

8    The documents were served by the following means and addressed to: Tal Korn, Esq. at

9    Korn@lbbslaw.com

10   [X]    (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an
         agreement of the parties to accept service by email or electronic transmission, I caused
11       the documents to be sent to the persons at the email address listed above. I did not
         receive, within a reasonable time after the transmission, any electronic message or other
12       indication that the transmission was unsuccessful.

13   The documents were served by the following means and addressed to: Tejbir Padda, Karandeep
     S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.
14

15   [X]    (BY MAIL) by causing a true and correct copy of the above to be placed in the United
         States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as
16       set forth below. I am readily familiar with this law firm's practice for collection and
         processing of correspondence for mailing with the United States Postal Service.
17       Correspondence is deposited with the United States Postal Service the same day it is left
         for collection and processing in the ordinary course of business.

18                                    Tejbir Padda
                                      1420 Ivyglen Drive
19                                    San Ramon, CA 94582

20                                    Karandeep S. Randhawa
                                      d/b/a Ekuam Trucking
21                                    5497 Bellevue Circle
                                      Dublin, CA 94568
22
                                      Kuldeep Singh
23                                    20919 109th Pl. SE, Apt. 2123
                                      Kent, WA 98103
24

25   I declare under penalty of perjury under the laws of the state of California that the above

26   is true and correct.

27   Executed on February 20, 2008, at Tucson, Arizona.

28                                    /S/ Todd M. Hardy
                                      Todd M. Hardy (Cal. Bar. No. 223581)
                                      Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800