**EXHIBIT A**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MARZULLO

SECOND AMENDED COMPLAINT
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-07-4695BZ

V.

MBS CARRIER, INC., et al.

TO: (Name and address of defendant)

Karandeep S. Randhawa d/b/a Ekuam Trucking

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Hardy, Esq.
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, AZ 85718

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  NOV X 9 2007

THELMA NUDO
(BY) DEPUTY CLERK

| *Amended* | RETURN OF SERVICE |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE 11/28/07 |
| NAME OF SERVER (PRINT) MICHAEL T BLISS | TITLE REG. PROCESS SERVER, ALAMEDA COUNTY #721 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and second amended complaint were left:
Karandeep S Randhawa dba Ekuam Trucking @ 5497 Bellevue Cir, Dublin CA 94568. Left with Juti, Sister.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 65.00 | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/20/08
           Date

Signature of Server: *Michael L Bliss*

Address of Server:
O'BRIAN ENTERPRISES
120 E 12TH STREET
TRACY CA 95376