**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Christopher Nevis, SB# 162812
Tal Korn, SB# 227719
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,<br><br>Defendants. | CASE NO. C07-4695 BZ<br><br>**NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendants, MBS CARRIER, INC., a California Corporation, SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, by and through counsel undersigned, pursuant to Rule 26 (a)(1), Federal Rules of Civil Procedure, hereby gives notice that on February 20, 2008, they served their Supplemental Disclosure on counsel for Plaintiff Judith Marzullo by First Class Mail.

DATED: February 20, 2008

LEWIS BRISBOIS BISGAARD & SMITH LLP

/S/ Tal Korn
TAL KORN
Attorneys for Defendants, MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH, and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

# PROOF OF SERVICE
## Marzullo v. MBS Carrier, et al.
U.S. District Court - Northern District of California Court Case No. C07-4695 BZ

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On February 20, 2008, I served the following document(s): **NOTICE OF SERVICE OF DEFENDANTS' SUPPLEMENTAL DISCLOSURE STATEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Todd McCabe Hardy<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Road, Suite 200<br>Tucson, AZ 85718 | Attorneys for plaintiff<br>Telephone: 520-792-4800<br>Facsimile: 520-5294262<br>E-Mail: thardy@rusingandlopez.com |
|---|---|

The documents were served by the following means:

[X] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ] Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2008, at San Francisco, California.

_____
Gloria V. Joyce

4852-7765-1714.1

PROOF OF SERVICE