**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 25, 2008

**RE:  JUDITH MARZULLO -v- MBS CARRIER, INC., et al., Case No. C-07-4695-BZ**

**Default** is *entered* as to *Defendants Tejbir Padda, an individual & Karandeep S. Randhawa, doing business as Ekuam Trucking* on February 25, 2008.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

NDC TR-4  Rev. 3/89