# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

JUDITH A. MARZULLO

SECOND AMENDED COMPLAINT
SUMMONS IN A CIVIL CASE

CASE NUMBER: C-07-4695BZ

V.

MBS CARRIER, INC., et al.

TO: (Name and address of defendant)

Kuldeep Singh

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd M. Hardy, Esq.
Rusing & Lopez, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, AZ 85718

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE NOV X 8 2007

THELMA NUDO
(BY) DEPUTY CLERK

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JUDITH MARZULLO, AN INDIVIDUAL,

        Plaintiff(s),

vs.

MBS CARRIER, INC., A CALIFORNIA CORPORATION, ET AL.,

        Defendant(s),

        ss.

No. C-07-4695BZ

DECLARATION OF SERVICE

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **23rd** day of **February, 2008 @ 02:10 PM**, at the address of **20919 109TH PL SE APT 2123, Kent,** within **KING** County, **WA,** the undersigned duly served the following document(s): **SUMMONS IN A CIVIL CASE; SECOND AMENDED COMPLAINT FOR: 1. NEGLIGENCE 2. PERMISSIVE USE OF VEHICLE; 3. NEGLIGENT ENTRUSTMENT OF VEHICLE; ECF REGISTRATION INFORMATION HADNOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE H=JUDGE FOR TRIAL; CIVIL MINUTE ORDER; ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** in the above entitled action upon **KULDEEP SINGH,** by then and there, at the residence and usual place of abode of said person(s), personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **PRINCE SINGH, CO RESIDENT,** being a person of suitable age and discretion, then resident therein.
Desc: Sex: Male – Age: 23 – Hair: BLACK – Height: 5'9" – Weight: 160.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 2/25/08

X _____
GREG SCHERMERHORN
Registered Process Server
License #: **0508350**
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

470158