**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,    ) | NO. C 07-4695 BZ |
| Plaintiff,    ) | |
| vs.    ) | **CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION AND U.S. MAIL** |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,    ) | |
| Defendants.    ) | |

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On March 24, 2008, I served the following document:

• **Notice of Entry of Default as to Defendants Tejbir Padda, an individual and Karandeep S. Randhawa, d/b/a Ekuam Trucking.**

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

1    The documents were served by the following means and addressed to: Tal Korn, Esq. at

2    Korn@lbbslaw.com

3    [X]    (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an
         agreement of the parties to accept service by email or electronic transmission, I caused
4        the documents to be sent to the persons at the email address listed above.  I did not
         receive, within a reasonable time after the transmission, any electronic message or other
5        indication that the transmission was unsuccessful.

6    The documents were served by the following means and addressed to:  Tejbir Padda, Karandeep
     S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.
7
8    [X]    (BY MAIL) by causing a true and correct copy of the above to be placed in the United
         States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as
9        set forth below.  I am readily familiar with this law firm's practice for collection and
         processing of correspondence for  mailing  with  the United States Postal Service.
10       Correspondence is deposited with the United States Postal Service the same day it is left
         for collection and processing in the ordinary course of business.

11                                    Tejbir Padda
                                      5497 Bellevue Circle
12                                    Dublin, CA 94568

13                                    Karandeep S. Randhawa
                                      d/b/a Ekuam Trucking
14                                    5497 Bellevue Circle
                                      Dublin, CA 94568
15
                                      Kuldeep Singh
16                                    20919 109th Pl. SE, Apt. 2123
                                      Kent, WA 98103
17

18    I declare under penalty of perjury under the laws of the state of California that the above

19    is true and correct.

20    Executed on March 24, 2008, at Tucson, Arizona.

21

22

23                                    /S/ Todd M. Hardy
                                      Todd M. Hardy (Cal. Bar. No. 223581)
24                                    Attorneys for Plaintiff

25

26

27

28

RUSING & LOPEZ, P.L.L.C.
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800