**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, | NO. C 07-4695 BZ |
| Plaintiff, | |
| vs. | **REQUEST TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT/STATUS CONFERENCE** |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING, | |
| Defendants. | |

**TO THE COURT, THE PARTIES AND COUNSEL OF RECORD:**

Plaintiff's counsel, Todd M. Hardy, respectfully requests the Court's permission to appear telephonically at the Further Case Management/Status Conference to be held in this matter on April 14, 2008 at 4:00 p.m. Good cause for the requested telephonic appearance exists as Plaintiff's counsel is based in Tucson, Arizona. A day long trip to San Francisco for the conference would force Plaintiff's counsel to break other pressing commitments in Arizona. Plaintiff submits that undersigned counsel can effectively participate in the Further Case Management/Status Conference by telephone and that no party will suffer prejudice or

1 inconvenience as a result of such telephonic appearance. Mr. Hardy will be available by
2 telephone at (520) 792-4800.
3     DATED this 25th day of March, 2008.

**RUSING & LOPEZ, P.L.L.C.**

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

## CERTIFICATE OF SERVICE

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On March 25, 2008, I e-filed the following documents:

- **Request to Appear Telephonically at Further Case Management/Status Conference**

The documents were served by the following means and addressed to: Tal Korn, Esq. at Korn@lbbslaw.com

[X] (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The documents were served by the following means and addressed to: Tejbir Padda, Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

[X] (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
5497 Bellevue Circle
Dublin, CA 94568

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
20919 109th Pl. SE, Apt. 2123
Kent, WA 98103

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

Executed on March 25, 2008, at Tucson, Arizona.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800