**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

JUDITH MARZULLO, an individual,

                Plaintiff,

vs.

MBS CARRIER, INC., a California
Corporation; SUKHDEV SINGH,
BARJINDER SINGH and MOHINDER
SINGH d/b/a MBS TRUCKING;
JASMIT SINGH-RANDHAWA, an
individual; TEJBIR PADDA, an individual;
KULDEEP SINGH, an individual; and
KARANDEEP S. RANDHAWA d/b/a
EKUAM TRUCKING,

                Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. C 07-4695 BZ

**ORDER TO APPEAR
TELEPHONICALLY AT FURTHER
CASE MANAGEMENT/STATUS
CONFERENCE**

      HAVING CONSIDERED Plaintiff's Request to Appear Telephonically at Further Case Management/Status Conference and good cause appearing,

      IT IS HEREBY ORDERED that Plaintiff's counsel shall appear telephonically at the Further Case Management/Status Conference on April 14, 2008, at 4:00 p.m. Plaintiff's counsel shall dial into the conference at the following telephone number: _____.