**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, )<br>) <br>Plaintiff, )<br>) <br>vs. )<br>) <br>MBS CARRIER, INC., a California )<br>Corporation; SUKHDEV SINGH, )<br>BARJINDER SINGH and MOHINDER )<br>SINGH d/b/a MBS TRUCKING; )<br>JASMIT SINGH-RANDHAWA, an )<br>individual; TEJBIR PADDA, an individual; )<br>KULDEEP SINGH, an individual; and )<br>KARANDEEP S. RANDHAWA d/b/a )<br>EKUAM TRUCKING, )<br>)<br>Defendants. ) | NO. C 07-4695 BZ<br><br>**ORDER TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT/STATUS CONFERENCE** |

HAVING CONSIDERED Plaintiff's Request to Appear Telephonically at Further Case Management/Status Conference and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's counsel shall appear telephonically at the Further Case Management/Status Conference on April 14, 2008, at 4:00 p.m. ~~Plaintiff's counsel shall dial into the conference at the following telephone number: _____.~~ Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

Dated: March 26, 2008

*IT IS SO ORDERED*
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

_____
ORDER TO APPEAR TELEPHONICALLY AT FURTHER CASE MANAGEMENT/STATUS CONFERENCE/ NO. C 07-4695 BZ