**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,<br><br>Defendants. | NO. C 07-4695 BZ<br><br>**REQUEST TO ENTER DEFAULT OF DEFENDANT KULDEEP SINGH** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Judith Marzullo hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Kuldeep Singh ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Second Amended Complaint, the first pleading to name him as a party, within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served a Summons and the Second Amended Complaint on Defendant on February 23, 2008, evidenced by the Proof of Service of Summons attached hereto as Exhibit

A. Defendant did not appear or answer the Second Amended Complaint within the time period prescribed by Rule 12 of the Federal Rules of Civil Procedure, or at any time thereafter. Accordingly, entry of default is proper

The above-stated facts are set forth in the accompanying Declaration of Todd M. Hardy filed herewith.

DATED this 2nd day of April, 2008.

/S/ Todd M. Hardy
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

1   I am a citizen of the United States and am a member of the Bar of the United States
2   District Court for the Northern District of California. I am over the age of eighteen years and
3   not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ
4   85718.

5   On April 2, 2008, I e-filed the following document:

6   • **Request to Enter Default of Defendant Kuldeep Singh**

7   The documents were served by the following means and addressed to: Tal Korn, Esq. at
8   Korn@lbbslaw.com, counsel for Defendants MBS Carrier, Inc.; Suhhedv Singh, Barjinder Singh
9   and Mohinder Singh d/b/a MBS Trucking; and Jasmit Singh-Randhawa:

10  [X]   (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

13  The documents were served by the following means and addressed to: Defendant Tejbir Padda,
14  Karandeep S. Randhawa d/b/a Ekuam Trucking, and Kuldeep Singh.

16  [X]   (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Tejbir Padda
5497 Bellevue Circle
Dublin, CA 94568

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

Kuldeep Singh
20919 109th Pl. SE, Apt. 2123
Kent, WA 98103

1  I declare under penalty of perjury under the laws of the state of California that the above
2  is true and correct.
3  Executed on April 2nd, 2008, at Tucson, Arizona.

*[signature]*

Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800