UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JUDITH MARZULLO, AN INDIVIDUAL,

Plaintiff(s),

vs.

MBS CARRIER, INC., A CALIFORNIA
CORPORATION, ET AL.,

Defendant(s),

No. **C-07-4695BZ**

DECLARATION OF SERVICE

ss.

The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

That on the **23rd** day of **February, 2008 @ 02:10 PM**, at the address of **20919 109TH PL SE APT 2123 , Kent**, within **KING** County, **WA**, the undersigned duly served the following document(s): **SUMMONS IN A CIVIL CASE; SECOND AMENDED COMPLAINT FOR: 1. NEGLIGENCE 2. PERMISSIVE USE OF VEHICLE; 3. NEGLIGENT ENTRUSTMENT OF VEHICLE; ECF REGISTRATION INFORMATION HADNOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE H=JUDGE FOR TRIAL; CIVIL MINUTE ORDER; ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS** in the above entitled action upon **KULDEEP SINGH,** by then and there, at the residence and usual place of abode of said person(s), personally delivering ONE true and correct copy(ies) of the above documents into the hands of and leaving same with **PRINCE SINGH, CO RESIDENT,** being a person of suitable age and discretion, then resident therein.
**Desc: Sex: Male – Age: 23 – Hair: BLACK – Height: 5'9" – Weight: 160.**

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct:

Date: 2/25/08

X
GREG SCHERMERHORN
Registered Process Server
License #: **0508350**
NW Legal Support, Inc.
200 West Thomas Street, Suite 140
Seattle, WA 98119
206.223.9426

470158