**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                              415.522.2000

April 9, 2008

**RE:  JUDITH MARZULLO -v- MBS CARRIER,  INC., et al., Case No. C-07-4695-BZ**

**Default** is *entered* as to *Defendant Kuldeep Singh, an individual* on **April 9, 2008**.

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
       Deputy Clerk

NDC TR-4  Rev. 3/89