**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **04/14/2008**

**C07-4695 BZ**

**Judith Marzullo v. MBS Carrier Inc., et al.**

Attorneys: Pltf: Todd M. Hardy (telephonic)
　　　　　  Def: Tal Korn and Kuldeep Singh (pro per)

　　　　　　　　　　　　　　　　　　　　　Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**　　　　Reporter: **Digital Recording; 3:57-4:18**

**PROCEEDINGS:**　　　　　　　　　　　　**RULING:**

1. Further Case Management Conference　　　Matter Held
2. 

( ) Status Conference　　( ) P/T Conference　　( ) Case Management Conference

**ORDERED AFTER HEARING:**
Defendant, Kuldeep Singh sworn in. Plaintiff questioned Mr. Singh re the sale of the truck and the creation date for the Bill of Sale. Court vacates the entry of default against Kuldeep Singh. Plaintiff dismissed the action against Kuldeep Singh. Defendant's Exhibit A - marked and admitted, Bill of Sale. Counsel will prepare a Stipulation and Proposed Order re selection of ADR Program, due by April 28, 2008. Previously set dates for trial and pretrial will remain in place (2/2/2009 at 8:30 a.m.-Jury Trial and 1/13/2009 at 4:00 p.m.-Pretrial Conference).

( ) ORDER TO BE PREPARED BY:　Plntf ____　Deft ____　Court ____

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____　for _____

Discovery Cut-Off _____　Expert Discovery Cut-Off _____

Plntf to Name Experts by _____　Deft to Name Experts by _____

P/T Conference Date _____　Trial Date _____　Set for _____ days
　　　　　　　　　Type of Trial: ( ) Jury　　( ) Court
Notes: _____