UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANTS
EXHIBIT NO. A

CASE NO. C07-4695BZ

FILED 4/14/08 BY: R. Scott
RICHARD W. WIEKING
CLERK
DEPUTY CLERK

## BILL OF SALE

A Public Service Agency

CUT ON LINE AND SAVE FOR YOUR RECORDS

### VEHICLE/VESSEL DESCRIPTION

| IDENTIFICATION NUMBER | YEAR MODEL | MAKE | LICENSE PLATE/CF # | MOTORCYCLE ENGINE # |
|---|---|---|---|---|
| 1FUWDCYA0KP344623 | 1989 | FRHT | 9A14461 | |

I/We KULDEEP SINGH
(PRINT SELLER'S NAME(S))
sell, transfer, and deliver the above vehicle/vessel

to JASMIT S RANDHAWA
(PRINT BUYER'S NAME(S))
on 09 / 06 / 2006    for the amount of  $ 4,000.00 (SELLING PRICE)

If this was a gift, indicate relationship: _____ (e.g., parents, spouse, friend, etc.)    $ _____ (GIFT VALUE)

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

### SELLER

| | SIGNATURE | DATE | DL, ID OR DEALER # |
|---|---|---|---|
| PRINT NAME KULDEEP SINGH | X [signature] | 09/06/2006 | |
| PRINT NAME KULDIP SINGH | X [signature] | 09/06/2006 | |

MAILING ADDRESS _____ CITY _____ STATE _____ ZIP _____ DAYTIME PHONE # 925-828-7515

### BUYER

| | SIGNATURE | | |
|---|---|---|---|
| PRINT NAME JASMIT S RANDHAWA | [signature] | | |
| PRINT NAME JASMIT S RANDHAWA | [signature] | | |

MAILING ADDRESS 5497 BELLEVUE CIR    CITY DUBLIN    STATE CA    ZIP 94568

REG 135 (REV 2/2007) WWW