UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUDITH MARZULLO, | ) | |
| Plaintiff(s), | ) | No. C07-4695 BZ |
| v. | ) | **ORDER REQUIRING THE PARTIES TO FILE STIPULATION REGARDING ADR** |
| MBS CARRIER, INC, *et al.*, | ) | |
| Defendant(s). | ) | |

As discussed during the April 14, 2008 status conference, the parties are **ORDERED** to stipulate to an ADR process by no later than **April 28, 2008**.

Dated: April 15, 2008

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARZULLO\ORDER RE STIPULATION TO ADR.wpd

1