UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, ) | |
| ) | |
| Plaintiff(s), ) | No. C07-4695 BZ |
| ) | |
| v. ) | **ORDER VACATING DEFAULT AND** |
| ) | **DISMISSING DEFENDANT KULDEEP** |
| MBS CARRIER, INC, *et al.*, ) | **SINGH** |
| ) | |
| ) | |
| Defendant(s). ) | |

During the April 14, 2008 status conference, plaintiff stipulated to vacate the entry of default and dismiss defendant Kuldeep Singh if he answered questions under oath, which he did. **IT IS THEREFORE ORDERED** that the default entered against Kuldeep Singh is **VACATED** and the case against him is **DISMISSED**.

Dated: April 15, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARZULLO\ORDER VACATING DEFAULT & DISMISSING K SINGH.wpd

1