LEWIS BRISBOIS BISGAARD & SMITH LLP
Christopher Nevis, SB# 162812
Tal Korn, SB# 227719
One Sansome Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, an individual, and TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,<br><br>Defendants. | CASE NO. C07-4695 BZ<br><br>**STIPULATION AND REQUEST FOR TWO-WEEK EXTENSION TO AGREE UPON PRIVATE MEDIATOR** |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiff, JUDITH MARZULLO, and defendants, MBS CARRIER, INC., SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH, dba MBS TRUCKING; and JASMIT SINGH-RANDHAWA, hereby stipulate to participate in a private mediation of this matter in Tucson, AZ.

The parties hereby request that the Court issue a two-week extension of time in which to agree upon a mediator in Tucson, AZ. This extension is sought as the defendants require additional time in which to investigate appropriate out of state mediators to address the issues in this matter.

///

1  The parties hereby jointly request that the Court extend the parties' deadline to select a
2  mediator to May 12, 2008.
3    IT IS SO STIPULATED.
4
5  DATED: April 25, 2008      RUSING & LOPEZ, P.L.L.C.
6
7                 _____
               Todd M. Hardy
8                 Attorneys for Plaintiff
9
10  DATED: April 25, 2008      LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
11
12                 _____
               Christopher Nevis
13                 Tal Korn
               Attorneys for Defendants, MBS CARRIER, INC.,
14                 BARJINDER SINGH, SUKHDEV SINGH, and
               MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT
15                 SINGH-RANDHAWA

Lewis Brisbois Bisgaard & Smith LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1  The parties hereby jointly request that the Court extend the parties' deadline to select a
2  mediator to May 12, 2008.
3  IT IS SO STIPULATED.

5  DATED: April 25, 2008      RUSING & LOPEZ, P.L.L.C.

7  _____
   Todd M. Hardy
8  Attorneys for Plaintiff

9
10 DATED: April 25, 2008      LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

12 _____
   Christopher Nevis
13 Tal Korn
   Attorneys for Defendants, MBS CARRIER, INC.,
   BARJINDER SINGH, SUKHDEV SINGH, and
14 MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT
   SINGH-RANDHAWA

4821-9557-1970.1                                2
STIPULATION AND REQUEST FOR TWO-WEEK EXTENSION TO AGREE UPON PRIVATE MEDIATOR

**PROOF OF SERVICE**
Marzullo v. MBS Carrier, et al.
U.S. District Court - Northern District of California Court Case No. C07-4695 BZ

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On April 25, 2008, I served the following document(s): **STIPULATION AND REQUEST FOR TWO-WEEK EXTENSION TO AGREE UPON PRIVATE MEDIATOR**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Todd McCabe Hardy<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Road, Suite 200<br>Tucson, AZ 85718 | Attorneys for plaintiff<br>Telephone: 520-792-4800<br>Facsimile: 520-5294262<br>E-Mail: thardy@rusingandlopez.com |
|---|---|

The documents were served by the following means:

[X] **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ] Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 25, 2008, at San Francisco, California.

_Gloria V. Joyce_

4816-7692-0066.1

PROOF OF SERVICE