1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   Christopher Nevis, SB# 162812
2  Tal Korn, SB# 227719
   One Sansome Street, Suite 1400
3  San Francisco, CA 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants MBS CARRIER, INC., BARJINDER SINGH, SUKHDEV SINGH and
   MOHINDER SINGH d/b/a MBS TRUCKING, and JASMIT SINGH-RANDHAWA
6

7                           UNITED STATES DISTRICT COURT

8                          NORTHERN DISTRICT OF CALIFORNIA

9  JUDITH MARZULLO, an individual,         CASE NO. C07-4695 BZ

10        Plaintiff,                        ORDER EXTENDING DEADLINE TO
                                            AGREE UPON PRIVATE MEDIATOR
11 v.

12 MBS CARRIER, INC., a California
   Corporation; SUKHDEV SINGH, BARJINDER
13 SINGH and MOHINDER SINGH, dba MBS
   TRUCKING; and JASMIT SINGH-
14 RANDHAWA, an individual, and TEJBIR
   PADDA, an individual; KULDEEP SINGH, an
15 individual; and KARANDEEP S.
   RANDHAWA d/b/a EKUAM TRUCKING,
16
          Defendants.
17

18

19       HAVING CONSIDERED the parties' Stipulation and Request for Two-Week Extension to

20 Agree Upon Private Mediator, and good cause appearing,

21       IT IS HEREBY ORDERED that the parties shall file with the Court a Stipulation

22 identifying an agreed upon private mediator in Tucson, AZ, no later than May 12, 2008.

23       IT IS SO ORDERED.

24

25 DATED: _____

26                                              The Hon. Bernard Zimmerman

27

28

4845-6168-3714.1
ORDER EXTENDING DEADLINE TO AGREE UPON PRIVATE MEDIATOR

**PROOF OF SERVICE**
<u>Marzullo v. MBS Carrier, et al.</u>
U.S. District Court - Northern District of California Court Case No. C07-4695 BZ

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

On April 25, 2008, I served the following document(s): **ORDER EXTENDING DEADLINE TO AGREE UPON PRIVATE MEDIATOR**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| Todd McCabe Hardy<br>Rusing & Lopez, P.L.L.C.<br>6262 North Swan Road, Suite 200<br>Tucson, AZ 85718 | Attorneys for plaintiff<br>Telephone:   520-792-4800<br>Facsimile:   520-5294262<br>E-Mail: thardy@rusingandlopez.com |
|---|---|

The documents were served by the following means:

[X]   **(BY E-MAIL OR ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X]   **(BY U.S. MAIL)** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]   Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]   Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 25, 2008, at San Francisco, California.

Gloria V. Joyce

4816-7692-0066.1

PROOF OF SERVICE