**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING, <br><br> Defendants. | NO. C 07-4695 BZ <br><br> **STIPULATION SELECTING SETTLEMENT CONFERENCE WITH HON. CHARLES R. PYLE** |

Counsel report that they have met and conferred regarding ADR and that they have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties hereby agree to participate in a settlement conference in Tucson, Arizona, with **Hon. Charles R. Pyle**, Magistrate Judge for the United States District Court in Tucson, serving as the mediator.

The parties agree to hold the ADR session by the presumptive 90-day deadline.

DATED this 7 day of May, 2008

**RUSING & LOPEZ, P.L.L.C.**

_/s/ Todd M. Hardy_
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

DATED this 8 day of May, 2008

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

_/s/ Tal Korn_
Tal Korn (Cal. Bar No. 227719)
Attorneys for Defendants MBS Carrier, Inc., Sukhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking and Jasmit Singh-Randhawa