# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, </br></br>　　　　　　　　　Plaintiff,</br></br>vs.</br></br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,</br></br>　　　　　　　　　Defendants. | NO. C 07-4695 BZ </br></br> **ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE WITH HON. CHARLES R. PYLE** |

HAVING CONSIDERED the parties' Stipulation Selecting Settlement Conference with Hon. Charles R. Pyle, and good cause appearing,

IT IS HEREBY ORDERED that the captioned matter is hereby referred to **Hon. Charles R. Pyle**, Magistrate Judge for the United States District Court in Tucson, Arizona, for a settlement conference to take place within 90 days of this Order.