# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MBS CARRIER, INC., a California ) <br> Corporation; SUKHDEV SINGH, ) <br> BARJINDER SINGH and MOHINDER ) <br> SINGH d/b/a MBS TRUCKING; ) <br> JASMIT SINGH-RANDHAWA, an individual;) <br> TEJBIR PADDA, an individual; KULDEEP ) <br> SINGH, an individual; and KARANDEEP S. ) <br> RANDHAWA d/b/a EKUAM TRUCKING, ) <br> ) <br> Defendants. ) <br> ) | NO. C 07-4695 BZ <br><br> **ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE WITH HON. CHARLES R. PYLE** |

HAVING CONSIDERED the parties' Stipulation Selecting Settlement Conference with Hon. Charles R. Pyle, and good cause appearing,

IT IS HEREBY ORDERED that the captioned matter is hereby referred to **Hon. Charles R. Pyle**, Magistrate Judge for the United States District Court in Tucson, Arizona, for a settlement conference to take place within 90 days of this Order, if his schedule permits. The parties shall contact Judge Pyle's Judicial Assistant, Sandi McCullar at 520-205-4650 to schedule a conference.

DATED: 5/12/2008

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*

---

ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE WITH HON. CHARLES R. PYLE / NO. C 07-4695 BZ