# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### [CIVIL ORDER - MINUTE ENTRY]

**Case No.**     CV 07-04695-BZ                              **Date:** MAY 13, 2008

**Title:**     JUDITH MARZULLO v. MBS CARRIER, INC., ET AL.

---

### HONORABLE CHARLES R. PYLE

---

**PROCEEDINGS:**     ☐ Open Court     ☐ Chambers     ■ Other

The parties having requested a settlement conference in this matter, Marzullo v. MBS Carrier, Inc., et al., United States District Court, Northern District of California, San Francisco Division, and the Court having referred this matter to the Honorable Charles R. Pyle for settlement conference;

**IT IS ORDERED** setting the Settlement Conference on **MONDAY, JULY 14, 2008, AT 9:30 A.M.** before the Honorable Charles R. Pyle. Counsel are requested to meet in Judge Pyle's Chambers, Suite 5660. Chambers will issue a procedural letter forthwith regarding deadlines and procedure. **IT IS FURTHER ORDERED** setting a Telephonic Status Conference *[Re: Upcoming Settlement Conference]* on **FRIDAY, JUNE 20, 2008, AT 9:15 A.M.** Chambers will initiate the call.

*/s/ Charles R. Pyle*
**CHARLES R. PYLE**
UNITED STATES MAGISTRATE JUDGE