UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

[CIVIL ORDER - MINUTE ENTRY]

Case No.     CV 07-4695-BZ                     Date:  JUNE 20, 2008
Title:     *Judith Marzullo v. MBS Carrier, Inc., et. al.*
           (from Northern District of California-San Francisco Division)

HONORABLE CHARLES R. PYLE

PROCEEDINGS:     ☐ Open Court     ■ Chambers     ☐ Other

Telephonic Status Conference held this date regarding the upcoming settlement conference, presently set for MONDAY, JULY 14, 2008, AT 9:30 A.M., before the Honorable Charles R. Pyle.

_____
CHARLES R. PYLE
UNITED STATES MAGISTRATE JUDGE