IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date: July 14, 2008

Civil Case No. CV07-04695-BZ

Title Judith Marzullo vs. MBS Carrier, Inc., et al

Present:
                HON. Charles R. Pyle

| Deputy Clerk: | Court Reporter: not recorded |
|---|---|
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| Todd Hardy, Cynthia Kuhn | Tal Korn |

**PROCEEDINGS:** _____ Open Court   XX  Chambers   _____ Other

**Settlement Conference held.**

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Settlement Conference: 5 hours 30 minutes