**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Todd M. Hardy
thardy@rusingandlopez.com
California State Bar No. 223581
Attorneys for Plaintiff Judith Marzullo

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual, | NO. C 07-4695 BZ |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff hereby dismisses the above-captioned matter with prejudice. All claims set forth in Plaintiff's Complaint, and all Defendants named therein, are hereby dismissed with prejudice.

DATED this 4th day of September, 2008.

**RUSING & LOPEZ, P.L.L.C.**

/S/ Todd M. Hardy
_____
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

_____
NOTICE OF DISMISSAL WITH PREJUDICE/ NO. C 07-4695 BZ

I am a citizen of the United States and am a member of the Bar of the United States District Court for the Northern District of California. I am over the age of eighteen years and not a party to this action. My business address is 6262 North Swan Road, Suite 200, Tucson, AZ 85718.

On September 4, 2008, I served the following documents:

- **Notice of Dismissal**

- **[Proposed] Order of Dismissal**

The document was served by the following means and addressed to: Nora Nachtsheim at NACHTSHEIM@lbbslaw.com and Tal Korn, Esq. at Korn@lbbslaw.com, counsel for Defendants MBS Carrier, Inc.; Suhhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking; and Jasmit Singh-Randhawa:

[X]  (BY E-MAIL OR ELECTRONIC TRANSMISSION) based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the email address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

The document was served by the following means and addressed to: Nora Nachtsheim and Tal Korn, Esq., counsel for Defendants MBS Carrier, Inc.; Suhhedv Singh, Barjinder Singh and Mohinder Singh d/b/a MBS Trucking; and Jasmit Singh-Randhawa; Defendants Tejbir Padda, and Karandeep S. Randhawa d/b/a Ekuam Trucking.

[X]  (BY MAIL) by causing a true and correct copy of the above to be placed in the United States Mail at Tucson, Arizona in sealed envelope(s) with postage prepaid, addressed as set forth below. I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day it is left for collection and processing in the ordinary course of business.

Nora Nachtsheim, Esq.
Tal Korn, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Sansome Street, Suite 1400
San Francisco CA 94104
Attorneys for Defendants MBS Carrier, Inc.; Suhhedv Singh,
Barjinder Singh and Mohinder Singh d/b/a MBS Trucking; and
Jasmit Singh-Randhawa

Tejbir Padda
5497 Bellevue Circle
Dublin, CA 94568

Karandeep S. Randhawa
d/b/a Ekuam Trucking
5497 Bellevue Circle
Dublin, CA 94568

I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Executed on September 4, 2008, at Tucson, Arizona.

/s/ Todd M. Hardy
_____
Todd M. Hardy (Cal. Bar. No. 223581)
Attorneys for Plaintiff

**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800