**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JUDITH MARZULLO, an individual, ) | |
| ) | NO. C 07-4695 BZ |
| Plaintiff, ) | |
| ) | **ORDER OF DISMISSAL WITH** |
| vs. ) | **PREJUDICE** |
| ) | |
| MBS CARRIER, INC., a California ) | |
| Corporation; SUKHDEV SINGH, ) | |
| BARJINDER SINGH and MOHINDER ) | |
| SINGH d/b/a MBS TRUCKING; ) | |
| JASMIT SINGH-RANDHAWA, an individual;) | |
| TEJBIR PADDA, an individual; KULDEEP ) | |
| SINGH, an individual; and KARANDEEP S. ) | |
| RANDHAWA d/b/a EKUAM TRUCKING, ) | |
| ) | |
| Defendants. ) | |
| ) | |

HAVING CONSIDERED Plaintiff's Notice of Dismissal With Prejudice,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice. All claims set forth in Plaintiff's Complaint, and all Defendants named therein, are hereby dismissed with prejudice.

_____

ORDER OF DISMISSAL WITH PREJUDICE/ NO. C 07-4695 BZ