UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUDITH MARZULLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MBS CARRIER, INC., a California Corporation; SUKHDEV SINGH, BARJINDER SINGH and MOHINDER SINGH d/b/a MBS TRUCKING; JASMIT SINGH-RANDHAWA, an individual; TEJBIR PADDA, an individual; KULDEEP SINGH, an individual; and KARANDEEP S. RANDHAWA d/b/a EKUAM TRUCKING,<br><br>Defendants. | NO. C 07-4695 BZ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

HAVING CONSIDERED Plaintiff's Notice of Dismissal With Prejudice,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed with prejudice. All claims set forth in Plaintiff's Complaint, and all Defendants named therein, are hereby dismissed with prejudice.

September 5, 2008

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(Seal: United States District Court, Northern District of California)

---
ORDER OF DISMISSAL WITH PREJUDICE / NO. C 07-4695 BZ